| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | JS - 6 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE STROUD, | ) CASE 2:08-cv-05807-FMC-FMOx |
|  Plaintiff, | ) U.S. District Judge<br>) Florence-Marie Cooper |
| vs. | ) |
|  | ) **JUDGMENT** |
| COUNTY OF LOS ANGELES, office of the county counsel, a public entity, DANIEL L. BELL, Attorney, COUNTY OF LOS ANGELES, Bureau of Family Support Operations, a public entity, and Does 1 through 10, inclusive. | ) |
|  Defendants. | ) |

The Court, having granted Defendant County of Los Angeles' motion to dismiss this case pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), with prejudice, now renders final judgment as to all claims of plaintiff Willie Stroud against Defendant County of Los Angeles erroneously sued herein as "County of Los Angeles, Office of the County Counsel, a public entity" and "County of Los Angeles, Bureau of Family Support Services, a public

1  entity". It is therefore
2         ORDERED, ADJUDGED and DECREED that: Judgment shall
3  be entered against Willie Stroud (Plaintiff) and in favor of
4  County of Los Angeles (Defendant). It is further
5         ORDERED, ADJUDGED and DECREED that: Plaintiff
6  Willie Stroud's Complaint is dismissed without leave to
7  amend in its entirety against all parties.
8         It is SO ORDERED.

10  DATED: March 30, 2009

_____
Florence-Marie Cooper
United States District Judge

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 301 E. Colorado Street, Suite 614, Pasadena, California 91101.

On **March 26, 2009**, I served the following documents regarding this action described as:

[X] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

[X] (By Mail) I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Mail postal service on that same day with postage thereon fully prepaid at Pasadena California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Executed on **March 26, 2009,** at Pasadena, California.

Willie Stroud                                    In propria persona
P.O. Box 60746
Los Angeles, CA 90060

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                   Idalia G. Guzman